# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| GEORGE MERCIER, | ) | |
| | ) | 2:06-cv-01407-RCJ-LRL |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| UNITED STATES DISTRICT COURT, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

    Before the Court for consideration is the Report and Recommendation of Magistrate Judge Lawrence R. Leavitt, entered November 20, 2006 (#2). No objections have been filed.

    The Court has conducted a review of the record in this case and determines that the Findings and Recommendations of the United States Magistrate Judge entered November 20, 2006, should be affirmed.

    IT IS THEREFORE ORDERED that Magistrate Judge Leavitt's Findings and Recommendations (#2) be affirmed and adopted, and that the Complaint be *dismissed with prejudice* based upon indisputably meritless legal theory and frivolity.

    DATED:    October 4, 2007

_____
UNITED STATED DISTRICT COURT